JS 44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as of provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initialing the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ALTARIQ COURSEY

## DEFENDANTS

STEPHEN BREWINGTON, SCHOONMAKER CATTLE SERVICES, LLC (I/P/A SCHOONMAKER SERVICES, LLC)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  BERGEN COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  DANE COUNTY, WISCONSIN
(IN U.S PLAINTIFF CASES ONLY)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Robert A. Lord, Esq.
Lord, Korbin, Alvarez & Fattell, LLC
1283 Route 22 West
Mountainside, NJ 07092
Tel:  908-232-7666
Attorneys for Plaintiff Altariq Coursey

ATTORNEYS (IF KNOWN)

Gina Calabria, Esq.
Anthony Tracy, Esq.
Kristen M. Gaffey, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
200 Campus Drive
Florham Park, NJ 07932
Tel: (973) 624-0800 Fax: (973) 624-0808
gina.calabria@wilsonelser.com
anthony.tracy@wilsoneler.com
kristen.gaffey@wilsonelser.com
Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item II)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UMESS DIVERSITY)

Plaintiffs allege serious and permanent injuries arising from a motor vehicle accident.  Court has original jurisdiction under diversity 28 USC § 1331.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Manne | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395(f) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:

**JURY DEMAND:** ☒ YES  ☐ NO

**VII. RELATED CASE(S)**
    **IF ANY:** (See instructions):

JUDGE _____ DOCKET NUMBER _____

Date: July 22, 2022      SIGNATURE OF ATTORNEY ON RECORD

             s/Anthony Tracy

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gina Calabria, Esq. (Attorney I.D. No.: 29752002)**
**Anthony M. Tracy, Esq. (Attorney I.D. No.: 030841990)**
**Kristen M. Gaffey, Esq. (Attorney I.D. No.: 281152019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800 * Fax: (973) 624-0808**
**Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC**
**(i/p/a Schoonmaker Services, LLC)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTARIQ COURSEY, | : Civil Action No._____ |
| | : |
| PLAINTIFF(S), | : |
| | : |
| VS. | : |
| | : **NOTICE OF REMOVAL** |
| STEPHEN BREWINGTON, SCHOONMAKER | : |
| SERVICES, LLC, ABC CORPS 1-5, JOHN DOES | : |
| 1-5, (SAID NAMES BEING FICTITIOUS | : |
| NAMES AS TRUE NAMES ARE UNKNOWN | : |
| AT THIS TIME), | : |
| | : |
| DEFENDANTS. | : |
| | : |

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (a),

Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker

Services, LLC) (hereinafter "Defendants") by and through their undersigned attorneys, WILSON,

ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, on this date have filed this Notice of

Removal of a Civil Action from the Superior Court of New Jersey, Law Division, Union County,

to the United States District Court for the District of New Jersey, together with all process,

pleadings, and Orders, as required by 28 U.S.C. § 1446 (a), copies of which are attached hereto, and made part hereof respectfully shows:

1.      On June 16, 2022, Plaintiff Altariq Coursey (hereinafter "Plaintiff"), filed a civil action before the Superior Court of New Jersey, Law Division, Union County, bearing Docket number UNN-L-1734-22, entitled *"Altariq Coursey v. Stephen Brewington, Schoonmaker Services, LLC, ABC Corps 1-5, John Does 1-15 (said names being fictitious as true names are unknown at this time).* [*See* true and exact copy of Complaint, filed June 16, 2022, entitled "Complaint," annexed hereto as Exhibit "A."].

2.      Plaintiff alleges he sustained "permanent" and "serious physical and emotional injuries," including "considerable pain, anguish and suffering, shock, loss of wages, and other special damages"  arising from a December 3, 2021 motor vehicle accident, where Defendants Stephen Brewington and Schoonmaker Services, LLC "carelessly and negligently" caused a collision to occur on the New Jersey Turnpike in the City of Elizabeth, County of Union, New Jersey [*See* Exhibit A, First Count at ¶¶ 1-4].

3.      Plaintiff effected service of the Summons and Complaint on Stephen Brewington by personal service on June 27, 2022 at 5221 Mawood Street in Fayetteville, North Carolina. [*See* true and exact copy of Affidavit of Service dated June 27, 2022, annexed hereto as Exhibit "B"].

4.      Plaintiff effected service of the Summons and Complaint on Schoonmaker Cattle Services, LLC, by personal service on July 3, 2022 at 4991 County Road North in Sun Prairie, Wisconsin. [*See* true and exact copy of Affidavit of Service dated July 3, 2022, annexed hereto as Exhibit "C"].

5.    Defendants seek removal of this action pursuant to 28 § 1332 because it arises between citizens of different states and the amount in controversy is in excess of $75,000.

6.    Plaintiff resides in the City of Edgewater, County of Bergen, New Jersey. [*See* Exhibit A].

7.    At all times material hereto, and continuing to the present, Stephen Brewington is a resident of the state of North Carolina [*See* Exhibit B].

8.    At all times material hereto, and continuing to the present, Schoonmaker Cattle Services is a corporation, organized and existing under the laws of the state of Wisconsin with principal places of business located in Wisconsin. [*See* Exhibits C].

9.    The remaining Defendants in Plaintiff's Complaint are fictitious defendants who have not been identified or served and whose citizenship must be disregarded for purposes of removal.

10.    The amount in controversy exceeds the sum or value of $75,000 because Plaintiffs allege severe and permanent injuries. [*See* Exhibit A, First Count at ¶4]. Based upon said damages, the amount in controversy requirement is satisfied. *See* 28 U.S.C. § 1332(a).

11.    This action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) in that complete diversity of citizenship exists — no properly joined defendant is a citizen of the same state as plaintiffs and involves alleged damages in excess of $75,000.

12.    This Notice of Removal is timely filed within thirty (30) days of service of process upon Defendants pursuant to 28 U.S.C. § 1446(b). [*See* Exhibits B and C].

13.    Defendants do not waive any objections, exceptions, or defenses to Plaintiff's Complaint or service thereof.

14.     Upon filing the within Notice of Removal in the office of the Clerk of the United States District Court for the District of New Jersey, Defendants also filed this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Union County, to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1441 and U.S.C. § 1446(b). [A true and exact copy of the Notice filed with the Superior Court of New Jersey is annexed hereto as Exhibit "D"].

**NON-WAIVER OF DEFENSES**

15.     By removing this action from the Superior Court of New Jersey, Union County, Defendants do not waive any defenses available to them.

16.     By removing this action from the Superior Court of New Jersey, Union County, Defendants do not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker Services, LLC) pray that given that the statutory requirements having been met, that the above-captioned action now pending in the Superior Court of New Jersey, Law Division, Union County, be removed therefrom to this Court.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Stephen Brewington and Schoonmaker
Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

By:     /s/ *Kristen M. Gaffey*
         Kristen M. Gaffey, Esq.
         Anthony Tracy, Esq.

Dated: July 22, 2022

# EXHIBIT A

**LORD, KOBRIN, ALVAREZ & FATTELL, LLC**
ROBERT A. LORD, Esq. (03155-1986)
**1283 Route 22 East**
**Mountainside, New Jersey 07092**
**TELE: (908) 232-7666**
**FAX:  (908) 232-7545**
**Attorneys for Plaintiff(s)**

| | |
|---|---|
| ALTARIQ COURSEY,<br>       **Plaintiff(s),**<br><br>   **vs.**<br><br>STEPHEN BREWINGTON,<br>SCHOONMAKER SERVICES, LLC, ABC<br>CORPS. 1-5, JOHN DOES 1-5, (said names<br>being fictitious as true names are unknown at<br>this time)<br><br>       **Defendant(s).** | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br>DOCKET NO.:<br><br>      **CIVIL ACTION**<br><br>**COMPLAINT, DESIGNATION OF TRIAL<br>ATTORNEY, STATEMENT FOR<br>DAMAGES AND JURY DEMAND** |

Plaintiff, Altariq Coursey residing at 114 Colonial Road in the City of Edgewater, County of Bergen and State of New Jersey, by way of Complaint against the Defendant(s) say:

## FIRST COUNT

1.) On or about the 3rd of December 2021, Plaintiff, Altariq Coursey was the operator of a vehicle owned by Penske Leasing & Rental and was lawfully traveling on the NJTP  in the City of Elizabeth, County of Union and State of New Jersey.

2.) At said time and place defendant, Schoonmaker Services, LLC was the owner of a vehicle operated by defendant Stephen Brewington who was carelessly and negligently travelling at the previously mentioned location when he struck the plaintiff's  vehicle causing an accident to occur.

3.)  All times relative hereto, the defendant(s)  Schoonmaker Services, LLC and Stephen Brewington had a duty and obligation to the foreseeable plaintiff to operate their motor vehicle in a safe and reasonable manner.

4.) As a result of the foregoing carelessness and negligence of the above mentioned

defendant(s) and as a direct proximate result of the negligence of the aforesaid, plaintiff suffered serious physical and emotional injuries both of a temporary and permanent nature, considerable pain, anguish and suffering, shock, loss of wages and other special damages.

**WHEREFORE**, plaintiff, Altariq Coursey demands judgment jointly, severally or in the alternative against all Defendants on this count for damages, interest and costs.

## SECOND COUNT

1.) The plaintiff(s), repeat and re-alleges each and every allegation set forth in the first count of this complaint as if same were set for the herein at length.

2.) The defendants, John Does 1 – 5, are fictitious names intended to identify any and all parties, including individuals, corporations and/or other entities whose identities are presently unknown to the plaintiff, who together with the named defendants were responsible for the ownership, operation, control, lease and maintenance of the vehicles involved in the collision referred to herein or who in anyway caused or contributed to plaintiff's injuries.

3.) As a result of the foregoing carelessness and negligence of the above mentioned defendant(s) and as a direct proximate result of the negligence of the aforesaid, plaintiff, suffered serious physical and emotional injuries both of a temporary and permanent nature, considerable pain, anguish and suffering, shock, loss of wages and other special damages.

**WHEREFORE**, plaintiff, Altariq Coursey demands judgment jointly, severally or in the alternative against all Defendants on this count for damages, interest and costs.

## THIRD COUNT

1.) The plaintiff(s), repeat the allegations contained in the prior counts of this Complaint and makes it a part hereof.

2.) The defendants, ABC Corps. 1 – 5, are fictitious names intended to identify any and all parties, including individuals, corporations and/or other entities whose identities are presently unknown to the plaintiff, who together with the named defendants were responsible for the ownership, operation, control, lease and maintenance of the vehicles involved in the collision referred to herein or who in anyway caused or contributed to plaintiff's injuries.

3.) As a result of the foregoing carelessness and negligence of the above mentioned defendant(s) and as a direct proximate result of the negligence of the aforesaid, plaintiff suffered serious physical and emotional injuries both of a temporary and permanent nature, considerable pain, anguish and suffering, shock, loss of wages and other special damages.

**WHEREFORE**, plaintiff, Altariq Coursey demands judgment jointly, severally or in the alternative against all defendants on this count for damages, interest and costs.

## DESIGNATION OF TRIAL COUNSEL

Plaintiff designates Robert A. Lord, Esq. as Trial Counsel pursuant to Rule 4:25-4.

## DEMAND FOR INTERROGATORIES

Plaintiff hereby demands answers to Uniform Interrogatories Form C and C-1.

## JURY DEMAND

Plaintiff demands trial by jury on all counts in this Complaint.

## CERTIFICATION OF COUNSEL

Pursuant to Rule 4:5-1 the undersigned hereby certifies that at the time of filing this Complaint, the matter in controversy is not the subject of any other action pending in any Court and/or Arbitration proceeding.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LORD, KOBRIN, ALVAREZ and FATTELL
ATTORNEYS AT LAW
Attorneys for Plaintiff(s)

*/s/ ROBERT A. LORD*

BY:    _____
       **ROBERT A. LORD**

Dated: June 16, 2022

## DEMAND FOR PRODUCTION OF DOCUMENTS

Pursuant to R.4:18-1, the Plaintiffs hereby demand that the Defendant produce the following documentation within thirty (30) days as prescribed by Rules of Court. Additionally, please be advised that the following requested are continuing and ongoing in nature and the Defendant is therefore required to continuously update its response thereto as new information or documentation.

1.    **The amounts of any and all insurance coverage covering the Defendant, including but not limits to, primary insurance policies, secondary insurance policies and/or umbrella insurance policies. For each such policy of insurance, supply a copy of the declaration page there from.**

2.    Copies of an and all documentation or reports, including but not limited to, police reports, accident reports and/or incident reports concerning the happening of the incident in question or any subsequent investigation of same.

3.    Copies of any and all photographs, motion pictures, videotapes, films, drawings, diagrams, sketches or other reproductions, descriptions, or accounts concerning the individuals involved in the incident in question, the property damage sustained, the accident scene of anything else relevant to the incident in question.

4.    Copies of any and all signed or unsigned statements, documents, communications, and/or transmissions, whether in writing, made orally or otherwise recorded by any mechanical or electronic means, made by any party to this action, any witness, or any other individual, businesses, corporation, investigative authority or other entity concerning anything relevant to the incident in question.

5.    Copies of any and all documentation, including but not limited to, and contracts between the owner of the property or product involved in the incident in question and any of the parties involved.

6.    Copies of any and all contracts between any of the parties involved in the incident in question.

7.    Copies of any and all documentation concerning any lease agreements between the lessor(s) and the lessee(s) concerning the incident in question.

8.    Copies of any and all documentation, including but not limited to, safety manuals, statutes, rules, regulation, books and/or industry standards which refer to, reflect or otherwise relate to the incident in question or any potential defense to the action in question.

9.    Copies of any and all permits applied for the by the parties to the action in question concerning either the product in question, the accident scene, or anything else relevant to the happening of the accident in question.

10.    Copies of any and all permits received by the parties to the action in question concerning either: the product in question, the accident scene, or anything else relevant to the happening of the accident in question.

11.    Copies of any and all discovery received from any other parties to the action in question.

12.     Copies of any and all reports of the Plaintiffs received by the Defendants, or any other party to this suit, from either the Central Index Bureau (C.I.B.) or from any other source.

13.     Copies of any and all reports and/or other investigations performed by O.S.H.A. or any other investigative authority.

14.     Copies of any and all medical information and/or documentation concerning the Plaintiffs in this matter whether it concerns any medical condition or treatment which took place before, during or after the time of the incident in question.

15.     Copies of any and all records of any type subpoenaed by the Defendant or received from any other source concerning the Plaintiffs or the incident in question.

16.     A list of employees present at the job site or accident site their names, addresses and job titles.

17.     The reports of any and all medical experts who have reviewed and/or performed any examination in regard to any aspect of this case on behalf of Defendant or Defendant's attorney and who have submitted either oral or written report to Defendant or Defendant's attorney. In the event that a report was oral: provide a complete summary of said report.

18.     If any motor vehicle violations/summons or any other summons or complaint was issued in connection with this accident or incident, provide copies of any Municipal Court plea dispositions or transcripts relating thereto.

19.     Copies of any and all drawings or diagrams of the accident scene.

20.     Complete and legible copies of all complaints (lawsuits) filed against these Defendants within five years prior to the incident which gives rise to this action, which complaints alleged negligent maintenance of this Defendant's premises.

21.     Attach hereto a copy of any and all cell phone records covering the period of the date of loss and which is the subject matter of this litigation

Please be advised that Plaintiffs hereby object to the taking of any photographs, x-rays, or other reproductions concerning the Plaintiffs or the Plaintiffs' injuries at the time of the defense examination.

*/s/ ROBERT A. LORD*

BY:     _____

**ROBERT A. LORD**

Dated: June 16, 2022

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-001734-22

**Case Caption:** COURSEY ALTARIQ  VS BREWINGTON STEPHEN

**Case Initiation Date:** 06/16/2022

**Attorney Name:** ROBERT A LORD

**Firm Name:** LORD, KOBRIN, ALVAREZ & FATTELL

**Address:** 1283 ROUTE 22 EAST

MOUNTAINSIDE NJ 07092

**Phone:** 9082327666

**Name of Party:** PLAINTIFF : coursey, Altariq

**Name of Defendant's Primary Insurance Company** (if known): None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by:** Altariq coursey? NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>06/16/2022</u>
Dated

<u>/s/ ROBERT A LORD</u>
Signed

# EXHIBIT B

ALTARIQ COURSEY                     Plaintiff
                    vs.
STEPHEN BREWINGTON, ET AL          Defendant

Superior Court of New Jersey
Law Division
Union County
Docket Number: UNN-L-001734-22

**Person to be served** (Name & Address):
STEPHEN BREWINGTON
5221 MAWOOD STREET
FAYETTEVILLE, NC 28314

**Attorney:**
Robert Lord, Esq.

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

STS2022020577

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:**  Summons, Complaint, Designation Of Trial Counsel, Demand for Interrogatories, Jury Demand, Certification Of Counsel, Demand for Production of Documents, CIS, Lawyers Referral List

**Service Data:**

Served Successfully  **X**       Not Served_____     Date: 6/27/2022_____     Time: 9:15 am_____                        Attempts:_____

____**X**____   Delivered a copy to him / her personally                   Name of Person Served and relationship / title:

_____   Left a copy with a competent household
               member over 14 years of age residing
               therein                                                    _____

_____   Left a copy with a person authorized to                      _____
               accept service, e.g. managing agent,
               registered agent, etc.

**Description of Person Accepting Service:**

Sex: M____   Age: 48_____   Height: 6'____   Weight: 225____   Skin Color: BLACK_____   Hair Color: BLACK_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
July 14 2022 by the affiant who is personally known to
me.

_Rachel Cleve_
NOTARY PUBLIC

RACHEL CLEVE
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 03-02-2027

I, JEFF MERRITT, was at the time of service a
competent adult not having a direct interest in the
litigation.  I declare under penalty of perjury that the
foregoing is true and correct.

_____          7/14/2022
Signature of Process Server                Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2022020577
Ref: NA

# EXHIBIT C

| Altariq Coursey | Plaintiff | Circuit Court of New Jersey |
| vs. | | Law Division |
| Stephen Brewington et al | Defendant | Union County |
| | | Docket Number: UNN-L-001734-22 |

**Person to be served** (Name & Address):
Schoonmaker Services, LLC
4991 County Road N
Sun Prairie, WI 53590

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

**Attorney:**
Status, LLC
PO Box 370
Bayville, NJ 08721

**Papers Served:** Summons & Complaint, Designation Of Trial Counsel, Demand For Interrogatories, Jury Demand, Certification Of Counsel, Demand For Production Of Documents, CIS, Lawyers Referral List.

**Service Data:**

Served Successfully__X____    Not Served_____    Date: 7/3/2022_____    Time: 1:25 pm_____    Attempts:_____

| _____ | Delivered a copy to him / her personally | Name of Person Served and relationship / title: |
| _____ | Left a copy with a competent household member over 14 years of age residing therein | Erica Schoonmaker_____ |
| ___X___ | Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. | Registered Agent_____ |

**Description of Person Accepting Service:**

Sex: F___    Age: 44___    Height: 5'7"___    Weight: 160___    Skin Color: white_____    Hair Color: brown_____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____Date _____Time
                              _____Date _____Time
( ) Other: _____

**Comments or Remarks:**

Server Data:

Subscribed and Sworn to before me on the 4th day of July, 2022 by the affiant who is personally known to me.

_Cathol...Hindler_
NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES: __4-28-26__

I, Gregory Kowal, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server          Date

Status, LLC
PO Box 370
Bayville, NJ 08721
(877) 899-7828
Our Job Serial Number: GWK-2022003868
Ref: 2022020579

# EXHIBIT D

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gina Calabria, Esq. (Attorney I.D. No.: 29752002)**
**Anthony M. Tracy, Esq. (Attorney I.D. No.: 030841990)**
**Kristen M. Gaffey, Esq. (Attorney I.D. No.: 281152019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800 * Fax: (973) 624-0808**
**Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)**

| | |
|---|---|
| ALTARIQ COURSEY, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION: UNION COUNTY |
| Plaintiff(s), | : DOCKET NO.: UNN-L-1734-22 |
| | : |
| vs. | : |
| | : Civil Action |
| STEPHEN BREWINGTON, SCHOONMAKER | : |
| SERVICES, LLC, ABC CORPS 1-5, JOHN DOES | : |
| 1-5, (said names being fictitious names as true | : |
| names are unknown at this time), | : **NOTICE OF REMOVAL TO FEDERAL** |
| | : **COURT** |
| Defendants. | : |
| | : |
| | : |

**TO:**   Robert A. Lord, Esq.
Lord, Korbin, Alvarez & Fattell, LLC
1283 Route 22 East
Mountainside, NJ 17092
Attorneys for Plaintiffs

**COUNSEL:**

**PLEASE TAKE NOTICE** that in the above-entitled matter, Stephen Brewington and Schoonmaker Cattle Services (hereinafter "Defendants"), by and through their undersigned attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, on this date have filed a Notice of Removal of a Civil Action from the Superior Court of New Jersey, Law Division, Union County, to the United States District Court for the District of New Jersey, together with all process, pleadings, and Orders, as required by 28 U.S.C. § 1446(a), copies of which are attached hereto, and made part hereof.

**PLEASE TAKE FURTHER NOTICE**, that Defendants hereby file this Notice and Notice of Removal with the Union County Clerk of the Superior Court of New Jersey, Law Division, in accordance with 28 U.S.C. § 1446.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Stephen Brewington and Schoonmaker
Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

By:    /s/ *Kristen M. Gaffey*
Kristen M. Gaffey, Esq.
Anthony Tracy, Esq.

Dated: July 22, 2022

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gina Calabria, Esq. (Attorney I.D. No.: 29752002)**
**Anthony M. Tracy, Esq. (Attorney I.D. No.: 030841990)**
**Kristen M. Gaffey, Esq. (Attorney I.D. No.: 281152019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800 * Fax: (973) 624-0808**
**Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC**
**(i/p/a Schoonmaker Services, LLC)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTARIQ COURSEY, | : Civil Action No._____ |
| PLAINTIFF(S), | : **CORPORATE DISCLOSURE** |
| | : **STATEMENT** |
| VS. | : |
| | : |
| STEPHEN BREWINGTON, SCHOONMAKER | : |
| SERVICES, LLC, ABC CORPS 1-5, JOHN DOES | : |
| 1-5, (SAID NAMES BEING FICTITIOUS | : |
| NAMES AS TRUE NAMES ARE UNKNOWN | : |
| AT THIS TIME), | : |
| | : |
| DEFENDANTS. | : |

Defendant, Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker Services, LLC),

through its counsel of record hereby submits the following disclosure statement pursuant to Rule

7.1 of the Federal Rules of Civil Procedure and states as follows:

Schoonmaker Cattle Service, LLC is a non-governmental corporate entity that does not

have a publicly held corporation that owns 10% or more of their stock. Schoonmaker Cattle

Service, LLC does not have a parent corporation.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Stephen Brewington and Schoonmaker
Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

By:    /s/ *Kristen M. Gaffey*
       Kristen M. Gaffey, Esq.
       Anthony Tracy, Esq.

Dated: July 22, 2022

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gina Calabria, Esq. (Attorney I.D. No.: 29752002)**
**Anthony M. Tracy, Esq. (Attorney I.D. No.: 030841990)**
**Kristen M. Gaffey, Esq. (Attorney I.D. No.: 281152019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800 * Fax: (973) 624-0808**
**Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC**
**(i/p/a Schoonmaker Services, LLC)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALTARIQ COURSEY, | : Civil Action No._____ |
| | : |
| PLAINTIFF(S), | : **APPLICATION FOR EXTENSION OF** |
| | : **TIME TO ANSWER, MOVE, OR** |
| VS. | : **OTHERWISE REPLY** |
| | : |
| STEPHEN BREWINGTON, SCHOONMAKER | : |
| SERVICES, LLC, ABC CORPS 1-5, JOHN DOES | : |
| 1-5, (SAID NAMES BEING FICTITIOUS | : |
| NAMES AS TRUE NAMES ARE UNKNOWN | : |
| AT THIS TIME), | : |
| | : |
| DEFENDANTS. | : |
| | : |

Application is hereby made for a Clerk's Order extending time within which Defendants

Stephen Brewington and Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

(hereinafter "Defendants") may answer, move, or otherwise reply to the Complaint filed by

Plaintiffs herein and it is represented that:

1. No previously extension has been obtained;

2. Service of Process of Plaintiff's Summons and Complaint was effected on June 27,

   2022 and July 3, 2022;

3. Defendants' Notice of Removal to this Court was filed on July 22, 2022;

4. The time to Answer, Move, or otherwise reply to Plaintiffs' Complaint has not expired as it is currently due by July 29, 2022; and

5. Therefore, pursuant to the 14-day extension, the Time to Answer, Move, or otherwise Reply to Plaintiffs' Complaint expires on August 5, 2022.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Stephen Brewington and Schoonmaker
Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

By:   /s/ *Kristen M. Gaffey*
Kristen M. Gaffey, Esq.
Anthony Tracy, Esq.

Dated: July 22, 2022

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gina Calabria, Esq. (Attorney I.D. No.: 29752002)**
**Anthony M. Tracy, Esq. (Attorney I.D. No.: 030841990)**
**Kristen M. Gaffey, Esq. (Attorney I.D. No.: 281152019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800 * Fax: (973) 624-0808**
**Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC**
**(i/p/a Schoonmaker Services, LLC)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTARIQ COURSEY, | : Civil Action No._____ |
| | : |
| PLAINTIFF(S), | : **NOTICE OF APPEARANCE** |
| | : |
| VS. | : |
| | : |
| STEPHEN BREWINGTON, SCHOONMAKER | : |
| SERVICES, LLC, ABC CORPS 1-5, JOHN DOES | : |
| 1-5, (SAID NAMES BEING FICTITIOUS | : |
| NAMES AS TRUE NAMES ARE UNKNOWN | : |
| AT THIS TIME), | : |
| | : |
| DEFENDANTS. | : |
| | : |

**PLEASE TAKE NOTICE** that Anthony Tracy, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker Services, LLC) hereby enters an appearance on behalf of Defendants in the above-captioned matter.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Stephen Brewington and Schoonmaker
Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

By:  /s/ *Anthony Tracy*
Anthony Tracy, Esq.

Dated: July 22, 2022

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gina Calabria, Esq. (Attorney I.D. No.: 29752002)**
**Anthony M. Tracy, Esq. (Attorney I.D. No.: 030841990)**
**Kristen M. Gaffey, Esq. (Attorney I.D. No.: 281152019)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800 * Fax: (973) 624-0808**
**Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC**
**(i/p/a Schoonmaker Services, LLC)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTARIQ COURSEY, | : Civil Action No._____ |
| PLAINTIFF(S), | : |
| VS. | : |
| | : **CERTIFICATION OF SERVICE** |
| STEPHEN BREWINGTON, SCHOONMAKER SERVICES, LLC, ABC CORPS 1-5, JOHN DOES 1-5, (SAID NAMES BEING FICTITIOUS NAMES AS TRUE NAMES ARE UNKNOWN AT THIS TIME), | : |
| DEFENDANTS. | : |

I hereby certify that on July 22, 2022, the attached Notice of Removal, Civil Cover Sheet, Corporate Disclosure Statement, Notice of Appearance, and Application for Extension of Time were filed with the Clerk of the U.S. District Court, District of New Jersey and served on all counsel of record electronically via ECF filing system, email, and regular mail.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Stephen Brewington and Schoonmaker Cattle Services, LLC (i/p/a Schoonmaker Services, LLC)

By:    /s/ *Kristen M. Gaffey*
Kristen M. Gaffey, Esq.
Anthony Tracy, Esq.

Dated: July 22, 2022

<u>CERTIFICATE OF MAILING</u>

I, Lisette Valentin, certify that a true copy of the within Notice of Notice of Removal and supporting papers were properly and in accordance with the New Jersey Rules of Court served upon counsel via e-courts, email, and regular mail:

    Robert A. Lord, Esq.
    Lord, Korbin, Alvarez & Fattell, LLC
    1283 Route 22 East
    Mountainside, NJ 17092
    Attorneys for Plaintiffs

I further certify that the within Notice and supporting papers have been properly and in accordance with the New Jersey Rules of Court filed with the Union County Superior Court via e-Courts.

Dated: July 22, 2022                          */s/ Lisette Valeltin*
                                         Lisette Valentin